**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Subchapter V |
| | ) | |
| PHILADELPHIA ORTHODONTICS, | ) | Jointly Administered at Bankruptcy No. |
| P.C. and JOSHUA DAVIS, | ) | |
| | ) | |
| *Debtors*. | ) | |
| PHILADELPHIA ORTHODONTICS, | ) | |
| P.C. and JOSHUA DAVIS, | ) | Docket No. |
| | ) | |
| *Movants*, | ) | Hearing Date and Time: July 10, 2024 at |
| | ) | 9:30 a.m. |
| v. | ) | |
| | ) | Response Deadline: June 10, 2024 |
| NO RESPONDENT. | ) | |

**APPLICATION OF THE DEBTORS
TO ENGAGE CAMPBELL & LEVINE, LLC AS
COUNSEL *NUNC PRO TUNC* TO THE PETITION DATE**

AND NOW, come the debtors in the above captioned, jointly administered case, Philadelphia

Orthodontics, P.C. and Joshua Davis (the "Debtors"), through their proposed undersigned counsel,

and file this *Application to Engage Campbell & Levine, LLC as Counsel Nunc Pro Tunc to the*

*Petition Date* (this "Application")[1], as follows:

**BACKGROUND**

1.      On May 21, 2024 (the "Petition Date"), the Debtors separately filed voluntary petitions

for relief under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy

Code").  The Debtors intend to continue in the possession of their respective property and management

of their business as debtors in possession as defined by Sections 1182 of Subchapter V of Chapter 11

of the Bankruptcy Code and pursuant to the rights and responsibilities of Subchapter V debtors, as set

forth in Sections 1184 and 1187 of Subchapter V of Chapter 11 of the Bankruptcy Code.

---

[1] The Debtors attempted to file this Application on the Petition Date (i.e., May 21, 2024), but Pacer was
experiencing "technical difficulties" when we attempted to file it.

2.     Philadelphia Orthodontics commenced its case under Subchapter V of Chapter 11 of the Bankruptcy Code (the "Philadelphia Orthodontics Subchapter V Case") to pursue a reorganization of its assets and liabilities, and in order to pay its obligations while preserving its business operations and jobs held by its employees.

3,     Davis is the sole director, President, and shareholder of, and Doctor of Dental Medicine at, Philadelphia Orthodontics.  He commenced his case under Subchapter V of Chapter 11 of the Bankruptcy Code (the "Davis Subchapter V Case" and collectively with the Philadelphia Orthodontics Subchapter V Case, these "Subchapter V Cases") to pursue a reorganization of his assets and liabilities. The Debtors are co-obligors of a large majority of the debtors to be reorganized under these Subchapter V cases.

4.     The *Declaration of Joshua Davis, President of the Debtor (Philadelphia Orthodontics) in Support of the First Days Motions*, filed on the Petition Date, provides more specific information about Philadelphia Orthodontics', corporate structure, financial condition, and reason for and objectives in filing the Philadelphia Orthodontics Subchapter V Case.

5.     As of the filing of this Application, no Subchapter V Trustee has been appointed in either Debtor's Bankruptcy Case.

## JURISDICTION AND VENUE

6.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is appropriate in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2

## RELIEF REQUESTED

7.      The Debtors desire to employ Campbell & Levine, LLC ("C&L") as counsel in these Subchapter V Cases, pursuant to section 327 of the Bankruptcy Code *nunc pro tunc* to the Petition Date.

8.      C&L is well suited to the type of representation required by the Debtors in these Subchapter V Cases, as it has substantial bankruptcy and insolvency experience. In particular, C&L has extensive Chapter 11 experience and has represented debtors in several Chapter 11 cases.

9.      The Debtors anticipate that C&L will render general legal services to the Debtors throughout these Subchapter V Cases, including bankruptcy and restructuring advice with respect to all reorganization issued as well as any matters that may arise in these cases, including:

   a. Providing legal advice with respect to the Debtors' duties in this case and management of its assets;

   b. Taking all necessary action to protect and preserve the Debtors' estates, including the prosecution of actions on behalf of the Debtors, the defense of actions commenced against the Debtors, negotiations concerning all litigation in which the Debtors are involved, and objections to claims filed against the Debtors' estate;

   c. Preparing, on behalf of the Debtors, all necessary motions, answers, orders, reports, and other legal papers in connection with the administration of the Debtors' estate;

   d. Performing any and all other legal services for the Debtors in connection with this case and the formulation and implementation of a plan of reorganization;

e.  Assisting the Debtors in preparing for and the filing of a plan of reorganization at the earliest possible date; and

f.  Performing such a legal service as the Debtors may request with respect to any matter appropriate to assisting the Debtors in its efforts to reorganize.

10.  For purposes of full disclosure, C&L represents M&J Partners, LP and 1710 North Franklin Street, LLC (which are entities that own and lease real estate) in matters wholly unrelated to the Debtors' bankruptcies.  These entities are owned by Davis's parents James and Marilyn Davis or their Revocable or Irrevocable Trusts. James and Marilyn Davis are creditors of the Debtors.  While C&L has never formally represented James or Marilyn Davis or any of their trusts, C&L may have – over the long-term representation of their entities – provided general or ancillary advice to them in matters wholly unrelated to this matter.  Also, Paul J. Cordaro, Esq., a member of C&L, in his personal capacity and without compensation, is a co-trustee of the Davis Family 2016 Insurance Trust.

11.  For purposes of certainty, C&L did not nor does it represent James and Marilyn Davis or any of their trusts in this matter (or the events leading up to these bankruptcies), including not representing James and/or Marilyn Davis in their decision to make loans to the Debtors.

12. C&L has agreed to represent the Debtors at the rates set forth, as follows.

**Attorneys:**

| | |
|---|---|
| Douglas A. Campbell | $850 |
| Stanley E. Levine | $725 |
| David B. Salzman | $775 |
| Philip E. Milch | $750 |
| Paul J. Cordaro | $550 |
| Jeanne S. Lofgren | $550 |
| Shannon M. Clougherty | $525 |
| Frederick D. Rapone, Jr. | $450 |
| Kathryn L. Harrison | $400 |

**Paralegals:**

| | |
|---|---|
| Heather L. Penn | $140 |
| Theresa M. Matiasic | $130 |
| Kaitlan A. Monahan | $100 |

The hourly rates set forth above are C&L's standard hourly rates for the types of services to be performed for the Debtors in all cases as of January 1, 2024. These rates are set at a level designed to fairly compensate C&L for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. It is C&L's policy to charge its clients in all areas of practice for all other expenses incurred in connection with a client's case. The expenses charged to clients include, among other things, telephone and telecopier charges, photocopying charges, travel expenses, expenses for "work meals," and computerized research.

13.    Based upon the attached Declaration of Paul J. Cordaro (the "Declaration"), a member of C&L, the Debtors believes that C&L does not represent or hold an interest adverse to the estate in the matters upon which it is to be engaged, is a "disinterested person" as defined in 11 U.S.C. §101(14) and its retention being approved *nunc pro tunc* as of the Petition Date is in the best interests of the Debtors.

*[The Remainder of this Page was Intentionally Left Blank]*

WHEREFORE, the Debtors requests that this Court enter an order authorizing it to employ

C&L as its attorneys, effective as of the Petition Date, pursuant to the terms stated herein.

Respectfully submitted,

CAMPBELL & LEVINE, LLC

Dated:  May 22, 2024

By:  /s/ *Paul J. Cordaro*
Paul J. Cordaro, Esq.
PA I.D. No. 85828
pcordaro@camlev.com
Kathryn L. Harrison, Esq.
PA I.D. No. 209601
kharrison@camlev.com
310 Grant St., Suite 1700
Pittsburgh, PA 15219
Tel:  412-261-0310
Fax:  412-261-5066
*Proposed Counsel to the Debtors*